1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

UNITED STATES OF AMERICA,      )   Case No.: 5:23-mj-00535
11                             )
                   Plaintiff,  )   ORDER OF DETENTION PENDING
12                             )   FURTHER REVOCATION
              v.               )   PROCEEDINGS
13                             )   (FED. R. CRIM. P. 32.1(a)(6); 18
   Tomi  Goble                 )   U.S.C. § 3143(a)(1))
14                             )
                   Defendant.  )
15 _____ )

16        The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the ___Southern___ District of

18 __California__ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A. (X)   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c). This finding is based on the following:

25          (X)   information in the Pretrial Services Report and Recommendation

26          (X)   information in the violation petition and report(s)

27          (X)   the defendant's nonobjection to detention at this time

28          ( )   other: _____

1    and/ or

2    B. (X)   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (X)   information in the Pretrial Services Report and Recommendation

7    (X)   information in the violation petition and report(s)

8    (X)   the defendant's nonobjection to detention at this time

9    ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  November 16, 2023                    _____

15                                                          SHERI PYM
                                                 United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28